# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America )<br>v. )<br>DEANN PARKIN )<br>AKA DEANN EARLEY )<br>)<br>) *Defendant(s)* | Case No.<br>4:23-mj-00140-DKG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 14, 2023 -- June 1, 2023** in the county of **Bear Lake** in the **Eastern** District of **Idaho**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1958 | Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire |

This criminal complaint is based on these facts:

Defendant DEANN PARKIN of Idaho, used insterstate commerce facilities to hire a "hitman" to murder a female living in Wyoming with PARKIN's ex-husband. PARKIN first applied for a hitman through a website then further solicited an undercover officer posing as a hitman in Tennessee, via cellular phone, the internet, and in-person meetings. PARKIN paid $100 cash and a diamond ring she claimed was valued at $1500, as a down payment to carry out the murder.

☑ Continued on the attached sheet.

*Complainant's signature*

ATF S/A Kenneth R. Hipp
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by being subscribed electronically and sworn to telephonically.

Date: 06/07/2023

*Judge's signature*

City and state: Boise, Idaho      Hon. Debora K. Grasham, U.S. Magistrate Judge
*Printed name and title*