# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | **Deann Parkin aka Deann Earley** | CASE INFORMATION: | |
| JUVENILE: | No | RELATED COMPLAINT: | |
| PUBLIC or SEALED | Public | CASE NUMBER: | 4:23-mj-140-DKG |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Warrant | | |
| ISSUE: | Yes | County of Offense: | Bear Lake |
| INTERPRETER: | No | | |
| If YES, language: | | | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

Felony: **Yes**  Class A Misdemeanor: _____
Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1958 | ONE | **Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire** | **Not more than 10 years incarceration and/or up to $250,000 fine; 3 years supervised release and $100 special assessment.** |

Date:  7 June 2023        Assistant U.S. Attorney:  JUSTIN K PASKETT
                          Telephone No.:  (208) 334-1211