DISTRICT OF IDAHO,        ss:        AFFIDAVIT OF KENNETH R. HIPP
STATE OF IDAHO

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Kenneth R. Hipp, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have so been employed since November 2016. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. In 2017, I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC"). I successfully completed Special Agent Basic Training at the ATF National Academy, also located at FLETC, in May 2017. I have received training concerning violations of the Gun Control Act within Title 18 of the United States Code, violations of the National Firearms Act within Title 26 of the United States Code, and violations of the Controlled Substance Act within Title 21 of the United States Code. In addition, I have received training regarding the following topics, although this list is not exhaustive: surveillance; interviewing; writing of warrants; handling of evidence; arrest procedures; search procedures and testifying in court. Since graduating from the Academy, I have been assigned to the Boise Field Office and tasked with investigating gun trafficking, narcotics trafficking, organized crime, street gangs, and other types of violent crime. Moreover, I have received specialized training in firearms interstate nexus identification. Since joining the ATF, I have assisted in investigations that involved observing controlled buys, conducting surveillance, and conducting interviews of suspects who are known drug users. In addition to my training at FLETC, I served four years active duty as a military police canine officer in the

United States Marine Corps. Following my honorable discharge in 2004, I received my Bachelor of Science from the University of Toledo in Toledo, Ohio, and my Master of Science from Rutgers University in Newark, New Jersey. In 2009, I was hired as a Federal Air Marshal ("FAM") by the Department of Homeland Security. I completed my initial federal agent training at FLETC in Artesia, New Mexico. My secondary FAM program was conducted at the Federal Air Marshal Training Center in Atlantic City, New Jersey. From 2009 to 2016, I was assigned to the FAM New York Field Office.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for DeAnn PARKIN, herein referred to as PARKIN, for Title 18 U.S.C. 1958. Use of interstate commerce facilities in the commission of murder-for-hire is in violation of Title 18 U.S.C. 1958.

### Applicable Law

3. Title 18 United States Code Section 1958 provides that use of interstate commerce facilities in the commission of murder-for-hire is unlawful.

### Statement of Probable Cause

4. The information stated herein is based on my own personal involvement in this investigation, as well as my discussions with other law enforcement officers involved in this investigation, and information I have read that is contained in written reports pertaining to this investigation. This affidavit does not include all facts known to me regarding this investigation, but contains only those facts which I believe are sufficient to establish the requisite probable cause.

5. On May 23, 2023, Bureau of Alcohol, Tobacco, Firearms and Explosives SA Daniel Bowling received information on an individual seeking a "hitman". SA Bowling received

Page 2 – Affidavit of Kenneth R Hipp

this information from a known reliable source of information (SOI) who runs a mock website for the procurement of murder for hire.

6. SA Bowling received the referral from the SOI which contained an application submitted by "DeAnn Parkin" with a birthdate of December 02, 1992. PARKIN provided her telephone number of (208) 540-2506 and an address of 117 Earley Rd, Ovid, Idaho, 82354.

7. PARKIN provided the "Targets Name" of Laci Anthony with a telephone number of (208) 646-8722 and an address of 212 Birch St, Evanston, Wyoming, 82930.

8. PARKIN listed the reason for contacting the website as:

    a. "I would like Miss Anthony to stay away from my husband and my family. She has helped ruin our family and broken it up with her drug abuse and her prostitution services. She has ruined her autistic son life and leaves him with strangers along w my husband to take care of him and uses her son to get my husband to come back to her and then get him more hooked on meth so she can go out and do her own thing while breaking other families lives"

9. PARKIN described the services she would like to be performed as:

    a. "Make her go away where she won't ruin no one's lives no more stops contacting my husband, give her son a better life. She has ruined my family life enough that who knows if it's even possible to be fixed. Take her to another continent or make her disappear completely where no one hears from her again anything to make her go aways for good please and thank you"

10. According to the documents ATF received from the SOI, the SOI followed up with PARKIN via email.

Page 3 – Affidavit of Kenneth R Hipp

11. Below are the email conversations by date and time between the SOI and PARKIN (dp62213@gmail.com).

    a. Sunday, May 14, 2023, 12:02 PM PDT

        i. SOI to PARKIN:

DeAnn,

Do you still require or services, and would you like me to put you in contact with a Field Operative for your freee consultation?

Best Regards,

    b. Sunday, May 14, 2023, 12:04 PM PDT

        i. PARKIN to SOI:

Yes I would still like to require service please and thank you. She lives in apartment 308 at the river Glenn in Evanston Wyoming

    c. Sunday, May 14, 2023, 12:36 PM PDT

        i. PARKIN to SOI:

Please help w this situation!

    d. Saturday, May 20, 2023, 9:44 AM PDT

        i. PARKIN to SOI:

Hello

    e. Monday, May 22, 2023, 2:46 PM PDT

        i. SOI to PARKIN:

DeAnn,

This is our final attempt at contacting you to determine if you still require

**Page 4 – Affidavit of Kenneth R Hipp**

our services. If you do not respond within the next 2 business days, we will forward your information to our Automotive Extended Warranty Division.

Best Regards,

    f.    Monday, May 22, 2023, 2:51 PM PDT

        i.    PARKIN to SOI:

Yes, I am still interested

    g.    Monday, May 22, 2023, 9:35 PM PDT

        i.    PARKIN to SOI:

Yes I am still interested

12.    On Tuesday, May 23, 2023, SA Bowling (acting in an undercover capacity) contacted PARKIN via recorded SMS conversation:



13.

**Page 5 – Affidavit of Kenneth R Hipp**

14. 

15. 

Page 6 – Affidavit of Kenneth R Hipp

16. 

17. 

18. During the SMS conversation, PARKIN identified herself as "deann Parkin" and that she still needed "assistance". PARKIN stated that "I just want her gone and not ruining my family no more". PARKIN also wanted to make sure that the contact did not get to law enforcement and stated, "I can't have this get to the cops or no one I can't loose my kids". PARKIN stated that she has "500 saved up for this". The parties then agreed to talk over the WhatsApp application.

**Page 7 – Affidavit of Kenneth R Hipp**

19. On May 24, 2023, SA Bowling and PARKIN engaged in a recorded voice conversation over WhatsApp. During the conversation, the parties agreed to meet the week of June 5th, 2023. PARKIN informed SA Bowling that he could meet PARKIN at her residence. PARKIN stated that she was "willing to do anything" regarding her problem. SA Bowling asked for specifics to what PARKIN wanted from SA Bowling. PARKIN immediately stated that "she (Laci Anthony) has a son that she will use as a shield". PARKIN stated she did not care if it means "her being in a six-foot hole…I'm fine with that." PARKIN provided information on the intended victim to include her apartment complex and apartment number. PARKIN indicated that her ex-husband lived with the intended victim at the apartment. PARKIN stated that she was willing to make "whatever payments I can." The parties agreed to speak the following week and set up a face-to-face meet.

20. From Monday, May 29, 2023, through Thursday June 01, 2023, SA Bowling and PARKIN engaged in SMS conversation on WhatsApp. During the conversation, PARKIN unprovoked stated that "I'm still interested in services" and then offered to provide SA Bowling with a discounted hotel room when SA Bowling traveled to the area.

**Page 8 – Affidavit of Kenneth R Hipp**

21. 

22. 

Page 9 – Affidavit of Kenneth R Hipp



23.

24.    On June 01, 2023, SA Bowling and PARKIN engaged in a recorded WhatsApp voice conversation. During the conversation, the parties agreed to meet at PARKIN's place of employment, identified as the Minnetonka Cave located at Minnetonka Cave Rd, St. Charles, Idaho 83272. PARKIN confirmed that the intended victim was located in Wyoming, approximately an hour from PARKIN. PARKIN identified that she works at the ticket booth at the location.

**Page 10 – Affidavit of Kenneth R Hipp**



25.

26.     On Sunday, June 04, 2023, PARKIN SA Bowling stating, "If this can happen fast that be awesome! I just found out that she is in the process of moving back here I'm trying to find out where she's moving to exactly". PARKIN also informed the UCA that she knew the make and model of the car belonging to the intended victim.

**Page 11 – Affidavit of Kenneth R Hipp**



27.

**Page 12 – Affidavit of Kenneth R Hipp**



28.

29.     On June 06, 2023, at approximately 11:47 am, the SA Bowling activated the audio/video recording equipment and drove to the meet location. SA Bowling and PARKIN met in at the agreed location. PARKIN identified herself as "Deann". SA Bowling told PARKIN that he knew that PARKIN was "skeptical" to which she immediately negated and stated, "No, I've thought more on it and I'm one hundred percent sure on it."

**Page 13 – Affidavit of Kenneth R Hipp**

30.     SA Bowling asked if the intended victim was in Idaho or if they were still located "out there" (Evanston, Wyoming). PARKIN advised that "she is still out that way and is in the process of moving." SA Bowling asked if he "wrapped it up in the next couple days would that be an issue as far as that is where she (the victim) is at." PARKIN negated by shaking her head and answered, "Yeah." SA Bowling advised that he was going to drive to the intended victim's location (Evanston, Wyoming) and "check it out" after PARKIN and SA Bowling were done meeting. At this time PARKIN retrieved her telephone and pulled up a picture of the intended victim. SA Bowling took a photograph of the intended victim off of PARKIN's cellular telephone.

31.     SA Bowling asked PARKIN if she wanted the intended victim "found", to which she answered, "Nope." SA Bowling stated, "there's a lot of places you can get rid of a body" to which PARKIN responded, "Yeah there is." SA Bowling stated that he didn't know if PARKIN wanted it to look like a suicide to which she responded, "Whatever is easiest. If you want to make it look like a suicide, she is a prostitute too."

32.     SA Bowling and Parkin then discussed the child that was in the custody of the intended victim. SA Bowling asked if PARKIN wished for her ex-boyfriend to come back to her after the murder-for-hire was complete to which PARKIN stated, "Yeah that would be nice." PARKIN continued by stating, "Honestly, this may be bad of me, but I could care less if anything happens to the kid. I don't know your preference on kids." SA Bowling advised that he did not have any lines on who he would accept jobs on but that the murder of a child would cost PARKIN significantly more money.

33. On Wednesday June 7, 2023, SA Bowling again met with PARKIN while wearing audio and video recording devices. Upon meeting PARKIN gave SA Bowling $100.00 and a diamond ring that she valued at $1500.00 and agreed to pay the remainder on an installment plan. SA Bowling informed PARKIN that now that he would now shut off all phones and she would not be able to contact him. PARKIN asked how she would be notified when it was done. SA Bowling indicated that he would contact her. After SA Bowling left, PARKIN was arrested.

## Conclusion

1. Based on the foregoing, I have probable cause to believe, and I do believe, that PARKIN used interstate commerce facilities in the commission of murder-for-hire in violation of 18 U.S.C. § 1958. I therefore request that the Court issue a criminal complaint and arrest warrant for PARKIN.

*Kenneth Hipp*
_____
Kenneth Hipp
Special Agent, ATF

Subscribed and sworn to before me this 7th day of June 2023.

_____
Honorable Debora K. Grasham
United States Magistrate Judge

Page 15 – Affidavit of Kenneth R Hipp