Case 4:23-cr-00135-BLW Document 14 Filed 06/07/23 Page 1 of 1
Case 4:23-mj-00140-DKG Document 3 Filed 06/07/23 Page 1 of 1
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
|---|---|
| v. | ) |
| DEANN PARKIN | ) Case No. 4:23-mj-00140-DKG |
| AKA DEANN EARLEY | ) |
| | ) |
| | ) |
| Defendant | ) |

**RECEIVED**
By U.S. Marshals Service at 8:25 am, Jun 08, 2023

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Deann Parkin    aka Deann Earley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Defendant DEANN PARKIN of Idaho, used insterstate commerce facilities to hire a "hitman" to murder a female living in Wyoming with PARKIN's ex-husband. PARKIN first applied for a hitman through a website then further solicited an undercover officer posing as a hitman in Tennessee, via cellular phone, the internet, and in-person meetings. PARKIN paid $100 cash and a diamond ring she claimed was valued at $1500, as a down payment to carry out the murder.

Date: 6/7/2023

*Issuing officer's signature*

City and state: Boise, Idaho    Honorable Debora K. Grasham, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/8/2023, and the person was arrested on *(date)* 6/7/2023
at *(city and state)* Jefferson County Jail, Idaho.

Date: 6/8/2023

*Arresting officer's signature*

Signing on behalf of ATF Agent Hipp
*Printed name and title*