# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

( X ) Video Detention Hearing

MAGISTRATE JUDGE: Debora K. Grasham        DATE: 6/13/2023
DEPUTY CLERK/ESR: Amy Tate                 TIME: 2:30-3:19 PM

<u>UNITED STATES OF AMERICA vs. Deann Parkin</u>
Case No. 4:23-mj-00140-DKG
Counsel for:   United States (AUSA): Justin Paskett
               Defendant: Matthew Kinghorn, FD (previously appointed)
               Probation: Gavin Zickefoose and Jessie Thompson-Kelley

( X ) Defendant consented to proceed via video.

( X ) <u>VIDEO DETENTION HEARING</u>

<u>EXHIBITS</u>
( X ) Government
   1. Probable Cause Affidavit – marked and admitted
   2. Pretrial Services Report – dated 6/13/2023 – marked and admitted
( X ) Defendant
   A. Letter – marked and admitted
   C. No contact order – marked and admitted
   D. Progress report – marked and admitted
   E. Order – marked and admitted
   F. Order – marked and admitted
   G. Letter – marked and admitted

Proffer by Government.
Proffer by Defendant.

( X ) <u>Order:</u>  Following oral argument by both parties, the Court ordered the Defendant detained. Government's Motion for Detention, Dkt. 5, is hereby GRANTED.  Order of Detention entered.