Andrew M. Wayment, Esq.
TOLSON & WAYMENT, PLLC
Attorneys at Law
2677 E. 17th Street, Suite 300
Ammon, ID 83406
Telephone: (208) 228-5221
Fax: (208) 228-5200
Email: andrewmwayment@gmail.com
(I.S.B. #6418)

Filed:   02/06/2023 15:54:40
Sixth Judicial District, Bear Lake County
Amy Bishop, Clerk of the Court
By: Deputy Clerk -   Tueller, Kathy

Attorneys for Petitioner

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BEAR LAKE

| | | |
|---|---|---|
| DEANN PARKIN, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV04-21-0225 |
| | ) | |
| vs. | ) | **JUDGMENT AND ORDER** |
| | ) | **MODIFYING DECREE OF DIVORCE** |
| BRUCE PARKIN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

JUDGMENT IS ENTERED AS FOLLOWS:

1.    The Decree of Divorce, entered in this matter on December 13, 2021, shall be modified as follows:

a.    The parties are the parents of two (2) minor children, namely: RCMP, born October, 2013, and AMP, born February, 2017 ("the Minor Children"). Petitioner shall be given sole legal and physical custody of the Minor Children, and any future visitation between Respondent and the Minor Children shall be supervised by a mutually agreeable supervisor, or if the parties cannot agree, then through Family Court Services, and at such times as the parties agree. Respondent shall be responsible to arrange and pay for any supervised visits through Family Court Services.

b.    Respondent's supervised visits shall be contingent upon his sobriety, and he shall not be allowed to have any supervised visitation unless he can prove that he has been drug free for at least ninety (90) days.

1 -    JUDGMENT AND ORDER MODIFYING DECREE OF DIVORCE

DEFENDANT'S
EXHIBIT

E

      c.     Given his continual history of illegal drug use, the Court orders that Petitioner may, with twenty-four hour notice, demand a drug test of Petitioner prior to any supervised visits at his expense. Should he test positive, all supervised visits shall be suspended until the parties agree or the Court orders otherwise.

      d.     Any provisions of the Court's previous orders not addressed and/or modified herein, shall remain in full force and effect.

DATED: ___2/6/2023 03:42 PM___.

STATE OF IDAHO
COUNTY OF BEAR LAKE } ss

I hereby certify that the foregoing instrument is
a full, true and correct copy of the original on
file in the office of the undersigned Clerk of the
District Court, of the Sixth Judicial District of
Idaho, for Bear Lake County
DATED  2/6/2023 4:05:59 PM

**Amy Bishop**

AMY BISHOP, Clerk of the District Court
By_____
             Deputy

Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on   **2/6/2023**   I served a true and correct copy of the following described document on the person(s) listed below by the method indicated below.

DOCUMENT SERVED:    JUDGMENT AND ORDER MODIFYING DECREE OF DIVORCE

| | |
|---|---|
| Andrew M. Wayment<br>TOLSON & WAYMENT, PLLC<br>1906 Jennie Lee Drive<br>Idaho Falls, ID 83404<br>andrewmwayment@gmail.com | By:<br>____U.S. Postage Prepaid Mail<br>____Hand Delivered<br>____Overnight Mail<br>____Facsimile<br>_____ E-File |
| Bruce Parkin<br>475 East 2nd South<br>Soda Springs, ID 83276 | By:<br>____U.S. Postage Prepaid Mail<br>____Hand Delivered<br>____Overnight Mail<br>____Facsimile<br>_____ E-File |

Clerk of the Court

Deputy Clerk