To Whom it Concerns,

As DeAnn's Employer, we @ the Ranch Hand Trail Stop do still need her help. She works on Fridays - Saturday + Sunday as Janitorial help + we need her.

Call me anytime

*[signature]*

June 12-2023

DEFENDANT'S EXHIBIT G