JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
JUSTIN K PASKETT, IDAHO STATE BAR NO. 9066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS

JUN 27 2023

Rcvd_____Filed OK Time 4:45pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEANN PARKIN <br> AKA DEANN EARLEY, <br><br> Defendant. | Case No. CR-23-00173E-BLW <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 1958 |

The Grand Jury charges:

### COUNT ONE

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire**
**18 U.S.C. § 1958**

On or between May 14, 2023, and June 7, 2023, in the District of Idaho, the Defendant DEANN PARKIN AKA DEANN EARLEY, did knowingly and intentionally use and cause to be used a facility of interstate commerce, to-wit: a cellular phone, and the internet, with the intent that the murder of Laci Anthony be committed in violation of the laws of the State of Idaho, and Wyoming, and as consideration for the receipt of, or as consideration for a promise

INDICTMENT - 1

and agreement to pay, money and other items of pecuniary value, all in violation of Title 18, United States Code, Section 1958.

Dated this 27th day of June, 2023.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
JUSTIN K. PASKETT
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2