# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| **DEFENDANT'S NAME:** | DeAnn Parkin aka DeAnn Earley | **CASE INFORMATION:** | |
| JUVENILE: | No | RELATED COMPLAINT: | Yes |
| PUBLIC or SEALED | Public | CASE NUMBER: | 4:23-mj-140-DKG |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Notice | | CR-23-00173E-BLW |
| ISSUE: | Yes | County of Offense: | Bear Lake |
| INTERPRETER: | No | | |
| If YES, language: | | | |

*U.S. COURTS — JUN 2 7 2023 — Rcvd____ Filed____ Time 4:45pm — STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Superseding Indictment

Felony: **Yes**    Class A Misdemeanor: ____
Class B or C Misdemeanor: ____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1958 | ONE | Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire | Not more than 10 years incarceration and/or up to $250,000 fine; 3 years supervised release and $100 special assessment. |

Date: 27 June 2023

Assistant U.S. Attorney: JUSTIN K PASKETT
Telephone No.: (208) 334-1211