# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | **DeAnn Parkin aka DeAnn Earley** | CASE INFORMATION: | |
| JUVENILE: | No | RELATED COMPLAINT: | Yes |
| PUBLIC or SEALED | Public | CASE NUMBER: | 4:23-mj-140-DKG |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Notice | | |
| ISSUE: | Yes | County of Offense: | Bear Lake |
| INTERPRETER: | No | | |
| If YES, language: | | | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**      Class A Misdemeanor: _____
                     Class B or C Misdemeanor: _____
                                   (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1958** | **ONE** | **Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire** | **Not more than 10 years incarceration and/or up to $250,000 fine; 3 years supervised release and $100 special assessment.** |

Date: 27 June 2023            Assistant U.S. Attorney: JUSTIN K PASKETT
                              Telephone No.: (208) 334-1211