Matthew L. Kinghorn (ISB #6767)
**FEDERAL DEFENDER SERVICES OF IDAHO**
757 North 7th Ave.
Pocatello, ID   83201
Telephone: (208) 478-2046
FAX: (208) 478-6698

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>) |
| Plaintiff, | ) Case No. CR-2023-173-BLW<br>) |
| vs. | ) **MOTION TO CONTINUE TRIAL**<br>) **READINESS CONFERENCE AND** |
| **DEANN PARKIN**, | ) **TRIAL**<br>) |
| Defendant. | )<br>) |

**COMES NOW**, Deann Parkin, by and through counsel, and respectfully moves the Court pursuant to 18 U.S.C. §3161(h)(7) to continue the trial readiness conference scheduled for August 3, 2023, and trial scheduled for August 14, 2023, on the grounds that defendant is continuing investigation in the facts of this case.

Defendant needs additional time to complete the investigation to adequately prepare for trial.  Defendant respectfully requests that the trial readiness conference and trial be continued for an additional ninety (90) days to allow Defendant time to complete investigation.

Defendant has not previously requested a continuance in this matter.

**MOTION TO CONTINUE- 1**

Defendant represents that counsel for the government does not object to the continuance.

Defendant suggests that any delay in the hearing is justified by the ends of justice and would allow for Defendant to complete investigation into the facts of this case.

Defendant Parkin has been informed and consents to the continuance requested.

**DATED** this 1st day August 2023.


By:_____/s/ Matthew L. Kinghorn_____
        Matthew L. Kinghorn


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Justin.Paskett@usdoj.gov

_____/s/   Matthew L. Kinghorn_____
        Matthew L. Kinghorn

**MOTION TO CONTINUE- 2**