<u>CRIMINAL PROCEEDINGS</u> – Change of Plea

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill  
Case No. 4:23-cr-00173-BLW  
Place:   Pocatello District Courtroom  
Time:    3:40 p.m. – 4:08 p.m.

Date:    January 9, 2024  
Deputy Clerk: Amie Duong  
Reporter: Tammy Hohenleitner (beginning at 3:40 p.m.)  
ESR: Amie Duong (3:48 p.m. - 4:08 p.m.)

UNITED STATES OF AMERICA vs DEANN PARKIN

Counsel for United States – Justin K Paskett  
Counsel for Defendant – Matthew L Kinghorn

(X) Defendant sworn for examination by the Court.  
(X) Court finds the defendant competent to enter plea.  
(X) Sentencing guidelines explained.  
(X) Defendant's Constitutional Rights explained.  
(X) Indictment furnished to defendant.  
(X) Maximum Penalty:  
    10 years incarceration  
    3 years supervised release  
    $250,000 fine  
    $100 special assessment  

(X) Signed Plea Agreement previously filed with the Court.  
(X) The Government set forth the elements of the offense.  
(X) Defendant withdrew her previous plea of NOT GUILTY and entered a GUILTY plea to Count One of the Indictment pursuant to the Plea Agreement. The Court accepts the plea and the Plea Agreement is taken UNDER ADVISEMENT pending review of the Presentence Report.

**Sentencing Set:  April 10, 2024, at 11:00 a.m. in Pocatello, Idaho**  
(X) Court ordered a presentence investigation report.  
    Original report to Counsel: February 28, 2024  
    Notification of Objections: March 13, 2024  
    Final Report to Court and Counsel: March 27, 2024  

(X) All sentencing materials are due one week prior to the date of the sentencing.

(X) Defendant remanded to the custody of the US Marshal Service.