CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill          Date: April 11, 2024
Case No. 4:23-cr-173           Deputy Clerk: Jamie Gearhart
Place: Pocatello               Reporter: Tammy Hohenleitner
                               Time:  2:42 – 2:57 p.m.
                                      3:12 – 3:59 p.m.


UNITED STATES OF AMERICA vs DEANN PARKIN

Counsel for United States – Justin Paskett
Counsel for Defendant – Matthew Kinghorn
Probation – Ryan Lesmeister (via Zoom)

(X)   The Court reviewed the case history.
(X)   The Court adopted the Presentence Report.
(X)   Counsel made sentencing recommendations to the Court.
(X)   The Court granted the Government's motion for 3rd point
      reduction for acceptance of responsibility.
(X)   Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the
Bureau of Prisons to be imprisoned for a term of 90 months.

The defendant shall pay to the United States a special assessment
of $100, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a
fine, therefore the fine is waived.

While in custody, the defendant shall submit nominal payments of
not less than $25 per quarter pursuant to the Bureau of Prisons'
Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit
nominal monthly payments of 10% of gross income, but not less than
$25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on
supervised release for a term of 3 years. Within 72 hours of
release from the custody of the Bureau of Prisons, the defendant
shall report in person to the probation office in the district to
which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 32).

The Court recommends that the defendant be credited with all time served in federal custody, and that the defendant be placed at a facility in Bryan, TX.

(X)   Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)   Right to appeal explained.

(X)   Defendant remanded to the custody of the United States Marshals Service.